against damage which they may suffer by reason of the delay caused by the failure of the appellant to place the appeal on the calendar. The form of the undertaking to be settled by and before McLENNAN, P. J., on five days' notice.

VAYO, Respondent, v. ROSENBERG, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1905.) Action by Albert Vayo against Matthew A. Rosenberg. No opinion. Judgment affirmed, with costs.

VIEMEISTER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) Action by Edmund C. Viemeister against the Brooklyn Heights Railroad Company. No opinion. Motion granted.

VINTON, Respondent, v. CAMPBELL, Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by Charles E. Vinton against James N. Campbell. No opinion. Judgment and order unanimously affirmed, with costs.

VOLLKOMMER, Respondent, v. GRASS et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Joseph Vollkommer against Philip Grass and Fred Beck, partners, etc.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

HOOKER, J., not voting.

WAHL et al., Respondents, v. CORNING, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 16, 1905.) Action by John Wahl and another against Anna Corning.

PER CURIAM. Motion to dismiss appeal granted, unless the appellant, on or before April 15, 1905, file and serve the printed papers on appeal, as provided by rule 41, in which event said motion is denied; and, in case said printed papers are not served and filed as above provided, upon filing due proof of such default, the respondent may enter an order dismissing said appeal absolutely, with costs, without further notice.

WALES, Appellant, v. MITCHELL, Respondent. (Supreme Court, Appellate Division, Third Department. March 29, 1905.) Action by Alexander D. Wales against John Mitchell, as president of the United Mine Workers of America.

PER CURIAM. Order modified, by striking out the words "the date when, place where, and who present when plaintiff employed," and inserting in place thereof the words "the date when and place where the plaintiff was employed," and, as so modified, affirmed, without costs.

WALSH v. METROPOLITAN LIFE INS. CO. (Supreme Court, Appellate Division, Third Department. March 8, 1905.) Action by Esther Walsh against the Metropolitan Life Insurance Company. No opinion. Motion to postpone denied.

WANAMAKER et al., Appellants, v. ME-GRAW, Respondent. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by John Wanamaker and others against Robert H. Megraw. L. Frankel, for appellants. L. Lally, for respondent. No opinion. Judgment affirmed, with costs.

WARD, Respondent, v. HANNES, Appellant. (Supreme Court, Appellate Division, Second Department. March 17, 1905.) Action by Robert Ward, Jr., by his guardian ad litem, against Lazarus Hannes. No opinion. Judgment of the Municipal Court affirmed, with costs.

WARD et al., v. SMITH et al. (two cases). (Supreme Court, Appellate Division, First Department. March 10, 1905.) Actions by Joseph Ward, Jr., and another against William E. R. Smith and others. No opinion. Motion denied. See memorandum.

WARD et al., Appellants, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by Joseph Ward, Jr., and others against William E. R. Smith and others. E. W. S. Johnston, for appellants. C. J. Shearn, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

WASCHKOWITZ, Appellant, v. SEITZ, Respondent. (Supreme Court, Appellate Division, Second Department. January 27, 1905.) Action by Hyman Waschkowitz against Harry Seitz. No opinion. Judgment of the Municipal Court affirmed, with costs.

WATERS, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1905.) Action by George B. Waters against the city of New York. No opinion. Judgment affirmed, with costs, on the opinion of Maddox, J., at Special Term. 88 N. Y. Supp. 238.

WATSON, Respondent, v. ROCKWELL, Appellant, et al. (Supreme Court, Appellate Division, Third Department. March 29, 1905.) Action by Samuel E. Watson, as executor, etc., of Emma B. Watson, deceased, against Hosea H. Rockwell, impleaded with others.

PER CURIAM. Judgment affirmed, with costs.

SMITH and CHASE, JJ., dissent.

WEED, Respondent, v. CLARK, Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by William S. Weed against Cornelia Clark.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

HOOKER, J., not voting.

WEIR et al. v. BARKER. (Supreme Court, Appellate Division, Second Department, March 10, 1905.) Action by John R. Weir and